# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH WHATSAPP ACCOUNT **+52-6633272593** THAT IS STORED AT PREMISES CONTROLLED BY WHATSAPP LLC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:24 MJ 3240 NCC<br><br>SIGNED AND SUBMITTED TO THE COURT<br>FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

INFORMATION ASSOCIATED WITH WHATSAPP ACCOUNT **+52-6633272593** THAT IS STORED AT PREMISES CONTROLLED BY WHATSAPP LLC, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see <u>ATTACHMENT B.</u>

**YOU ARE COMMANDED** to execute this warrant on or before <u>August 20, 2024</u>   *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Noelle C. Collins_____.
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*      ❏ until, the facts justifying, the later specific date of _____.

Date and Time issued:   08/07/24 at 10:54AM_____     _____*/s/ Noelle C. Collins*_____
                                                                                             *Judge's signature*

City and State:   St. Louis, MO_____                Honorable Noelle C. Collins, U.S. Magistrate Judge
                                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.: 4:24 MJ 3240 NCC | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with WhatsApp account **+52-6633272593** (the "Account") that is stored at premises owned, maintained, controlled, or operated by WhatsApp LLC, a company headquartered at 1 Meta Way, Menlo Park, California 94025.

# ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by WhatsApp LLC ("WhatsApp")**

To the extent that the information described in Attachment A is within the possession, custody, or control of WhatsApp, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that has been deleted but is still available to WhatsApp, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), WhatsApp is required to disclose to the government for each account or identifier listed in Attachment A:

    A.    All business records and subscriber information, in any form kept, pertaining to the Account, including:

        1.    Identity and contact information (past and current), including full name, e-mail addresses, physical address, date of birth, phone numbers, gender, hometown, occupation, websites, and other personal identifiers;

        2.    All prior account numbers and the date and time each account number was active, all associated WhatsApp, Facebook, and Instagram accounts (including those linked by machine cookie), and all records or other information about connections with Facebook, Instagram, third-party websites, and mobile apps (whether active, expired, or removed);

        3.    Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

        4.    Devices used to login to or access the Account, including all device identifiers (to include but not limited to electronic serial number (ESN), International Mobile Equipment Identity (IMEI), International Mobile Subscriber Identity (IMSI), Mobile Subscriber Identifier (MSID), Mobile Equipment Identifier (MEID), Subscriber Permanent Identifier (SUPI), Permanent Equipment Identifier (PEI), Generic Public Subscription Identifier (GPSI), Mobile Identification Number (MIN), Mobile Dialed Number (MDN), Media Access Control (MAC) addresses, Internet Protocol (IP) Addresses and Ports, and make/model of the device);
attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

5. All records or other information regarding the devices associated with, or used in connection with the account including International Mobile Subscriber Identities ("IMSI"), International Mobile Station Equipment Identities ("IMEI"), Subscriber Identity Modules ("SIM"), attributes, user agent strings, information about networks and connections, operating systems, apps and web browsers, serial numbers, Unique Device Identifiers ("UDID"), Identifier for Advertisers ("IDFA"), Global Unique Identifiers ("GUID"), Apple ID, Campaign ID, Ad Set ID, Ad Account ID, or any other device specific advertising data collection identifier, Media Access Control ("MAC") addresses, Bluetooth MAC addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), wifi.plist, Base Station Identity Code (BSIC), Basic Service Set Identifier (BSSID), Service Set Identifier (SSID), Network Statistics (NSTAT), Address Resolution Protocol (ARP) Cache, ARP List, ARP Table, Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Push Token, Push Notification Token, or any other notification token, or Tizen Identifier For Advertising (TIFA);

6. All advertising information, including advertising IDs and ad activity;

7. Internet Protocol ("IP") addresses used to create, login, and use the Account, including associated dates, times, and port numbers;

8. Privacy and account settings, including change history; and

9. Communications between WhatsApp and any person regarding the Account, including contacts with support services and records of actions taken;

B. All content created or uploaded by the Account from June 22, 2022 to present, including profile pictures and "About" statuses, and all associated logs and metadata;

C. All content, records, and other information relating to interactions between the Account and other WhatsApp users from June 22, 2022 to present, including but not limited to:

1. All users that have blocked the Account, and all users the Account has blocked;

2. All group information, including group membership and profile reports, group names and pictures, and profile pictures and "About" statuses for group members;

3. All transactional information including offline logs, and all records and other information associated with offline messages; and

4. All associated logs and metadata;

2

D. All address book information, including all contacts and related sync information; and

E. All location information from June 22, 2022 to present.

WhatsApp is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the Government

All information described above in Section I will assist in arresting Emanuel Vasquez, a federal fugitive. The United States government, including the investigating agency(ies), is investigating the whereabouts of Emanuel Vasquez. On June 22, 2022, in the Eastern District of Missouri, an arrest warrant was issued for Vasquez, charging conspiracy to distribute and possess, with the intent to distribute, mixtures of substances containing detectible amounts marijuana; knowingly possess, brandish, and discharge one or more firearms in furtherance of the commission of the drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: conspiracy to distribute and posses with the intent to distribute marijuana, a Schedule I controlled substance, as charged in Count I herein, and in the course of this violation caused the death of Harvey Holloway through the use of the firearm; conspiracy to possess one or more forearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute marijuana, a controlled substance, in case S1-4:22-CR-00116-SRC (SRW). In June 2022, at the request of the United States Postal Inspection Service and the United States Attorney's Office, the United States Marshals Service initiated a fugitive investigation for Vasquez. Vasquez' current whereabouts are unknown., including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

A. Location information which will assist the government in its search for Vasquez, a federal fugitive;

B. Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the account owner;

C. Evidence indicating the Account owner's state of mind as it relates to the crimes under investigation;

D. The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

E. The identity of the person(s) who communicated with the Account, as it relates to Vasquez' whereabouts, including records that help reveal their whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by WhatsApp LLC ("WhatsApp"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of WhatsApp. The attached records consist of _____ [[**GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)**]]. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of WhatsApp, and they were made by WhatsApp as a regular practice; and

    b.    such records were generated by WhatsApp's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of WhatsApp in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by WhatsApp, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____   _____
Date                     Signature