UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF:    )
                                   )
INFORMATION ASSOCIATED WITH        )    No. 4:24 MJ 3240 NCC
WHATSAPP ACCOUNT **+52-6633272593**    )
THAT IS STORED AT PREMISES         )
CONTROLLED BY WHATSAPP LLC,        )
further described in Attachment A. )

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the above-referenced Search Warrant, along with the application, affidavit, return and other related documents filed in this matter.

Signed this 3rd day of February, 2025.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Angie E. Danis
ANGIE E. DANIS, #64805MO
Assistant United States Attorney