# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH WHATSAPP ACCOUNT **+52-6633272593** THAT IS STORED AT PREMISES CONTROLLED BY WHATSAPP LLC. | Case No. 4:24 MJ 3240 NCC<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

INFORMATION ASSOCIATED WITH WHATSAPP ACCOUNT **+52-6633272593** THAT IS STORED AT PREMISES CONTROLLED BY WHATSAPP LLC, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before August 20, 2024 _____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Noelle C. Collins___.
*(United States Magistrate Judge)*

❏    Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____.

Date and Time issued: __08/07/24 at 10:54AM__         _____
                                                                                                *Judge's signature*

City and State:   __St. Louis, MO__               __Honorable Noelle C. Collins, U.S. Magistrate Judge__
                                                                             *Printed name and title*

# Return

| Case No.: 4:24 MJ 3240 NCC | Date and time warrant executed: August 7, 2024 at 2:04pm | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

electronic communications records and PRTT information for What's App phone number +52-6633272593

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/2025

*Executing officer's signature*

Drew Polan, Senior Inspector, U.S. Marshals Service
*Printed name and title*